Prob 19
(1/82)

# United States District Court

for the

### SOUTHERN DISTRICT OF ALABAMA

0803-0522-0993-0

F10 #743612

USM

U.S.A. vs THOMAS JOHNSON

Docket No. 03-00053-001

08401-003

TO: [1] Any United States Marshal or any other authorized officer.

| WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE |||||
|---|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him, forthwith before the United States District Court, to answer charges that he violated the conditions of his supervised release imposed by the court. |||||
| NAME OF SUBJECT THOMAS JOHNSON || SEX Male | RACE Black, Non-hispanic | AGE 33 |
| ADDRESS (STREET, CITY, STATE) || 7223 Third Street Mobile, AL 36608 |||
| SENTENCE IMPOSED BY (NAME OF COURT) SOUTHERN DISTRICT OF ALABAMA ||| DATE IMPOSED September 19, 2003 ||
| CLERK CHARLES R. DIARD | (BY) DEPUTY CLERK *Claire Roberts* ||| DATE May 22, 2008 |
| RETURN |||||
| Warrant received and executed | DATE RECEIVED 6-19-08 ||| DATE EXECUTED 6-19-08 |
| EXECUTING AGENCY (NAME AND ADDRESS) USMS - 113 St Joseph St. Mobile AL |||||
| NAME Sean Carney | (BY) *signature* ||| DATE 6-19-08 |

MAY 22 '08 AM 11:34 USMS SAL

---

[1] Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the <district name>;" or "any United States Marshal; or "Any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."